No. 00–6347.  SIMPSON v. FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–6392.  LINES v. LARKINS, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–6444.  HUFF v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 00–6448.  GRIFFITH v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 00–6459.  RILEY v. NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 00–6494.  BYRD v. COLLINS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–6559.  STORBECK v. SAKS FIFTH AVENUE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–6563.  LAU v. SULLIVAN COUNTY DISTRICT ATTORNEY ET AL.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 00–6564.  BLACKWELL v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 00–6570.  PALACIO v. JONES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–6572.  MORRIS v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 00–6576.  JENKINS v. SMITH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–6581.  PIGGIE v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON.  C. A. 7th Cir.  Certiorari denied.

No. 00–6584.  SUTTON v. HUTCHINSON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–6585.  SEIFERT v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.